**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (SBN 159936)
mgr@reichradcliffe.com
Adam T. Hoover (SBN 243226)
adhoover@reichradcliffe.com
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: (949) 975-0512
Fax: (949) 208-2839

**LIFSHITZ LAW LLP**
Joshua M. Lifshitz (*Pro Hac Vice to be submitted*)
jml@jlclasslaw.com
1190 Broadway
Hewlett, NY 11557
Phone: (516) 493-9780
Fax: (516) 280-7376

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NAPOLI, Derivatively on Behalf of Nominal Defendant CHEMOCENTRYX, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. SCHALL, JOSEPH M. FECZKO, RITA I. JAIN, SUSAN M. KANAYA, HENRY A. MCKINNELL, JR., GREGORY M. PARKER, and JAMES L. TYREE, <br><br> Defendants, <br> and <br><br> CHEMOCENTRYX, INC., <br><br> Nominal Defendant. | Case No: 4:22-cv-00499 <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Joseph Napoli hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). No compensation in any form has passed directly or indirectly from any of the

Defendants to the Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:      December 5, 2022         **REICH RADCLIFFE & HOOVER LLP**
By: /s/ Adam T. Hoover
Adam T. Hoover

**LIFSHITZ LAW LLP**
Joshua M. Lifshitz
Attorneys for Plaintiff

SO ORDERED:

Dated: December 22, 2022

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE